Code of Federal Regulations
Title 29. Labor
Subtitle B. Regulations Relating to Labor
Chapter XVII. Occupational Safety and Health Administration, Department of Labor
Part 1904. Recording and Reporting Occupational Injuries and Illnesses (Refs & Annos)
Subpart D. Other OSHA Injury and Illness Recordkeeping Requirements

29 C.F.R. § 1904.33

§ 1904.33 Retention and updating.

Currentness

(a) Basic requirement. You must save the OSHA 300 Log, the privacy case list (if one exists), the annual summary, and the OSHA 301 Incident Report forms for five (5) years following the end of the calendar year that these records cover.

(b) Implementation--

(1) Do I have to update the OSHA 300 Log during the five-year storage period? Yes, during the storage period, you must update your stored OSHA 300 Logs to include newly discovered recordable injuries or illnesses and to show any changes that have occurred in the classification of previously recorded injuries and illnesses. If the description or outcome of a case changes, you must remove or line out the original entry and enter the new information.

(2) Do I have to update the annual summary? No, you are not required to update the annual summary, but you may do so if you wish.

(3) Do I have to update the OSHA 301 Incident Reports? No, you are not required to update the OSHA 301 Incident Reports, but you may do so if you wish.

SOURCE: 66 FR 6122, Jan. 19, 2001; 66 FR 52034, Oct. 12, 2001, unless otherwise noted.

AUTHORITY: 29 U.S.C. 657, 658, 660, 666, 669, 673, Secretary of Labor's Order No. 3–2000 (65 FR 50017), and 5 U.S.C. 533.

Current through July 24, 2014; 79 FR 43161.

**End of Document**                          © 2014 Thomson Reuters. No claim to original U.S. Government Works.