**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **BETTY JOSEPHINE STOKER** § | |
| § | |
| **Plaintiff** § | |
| § | |
| § | No. 2:14-cv-00002 |
| § | |
| § | Jury Trial Requested |
| § | |
| § | |
| § | |
| § | |
| **vs.** § | |
| § | |
| **TYSON FOODS, INC.** § | |
| § | |
| **Defendant** § | |
| § | |

**PLAINTIFF'S TRIAL WITNESS LIST**

COMES NOW Plaintiff, BETTY JOSEPHINE STOKER and submits this Plaintiff's Trial Witness list in accordance with the requirements of the Discovery Order and the Docket Control Order filed on April 3, 2014.

              Respectfully Submitted,

        By: *s/ D. Scott Carlile 08/28/2014*
           CARLILE LAW FIRM, LLP
           400 S. Alamo Blvd.
           Marshall, Texas 75672
           Phone (903) 938-1655
           Fax: (903) 938-0235

           D. Scott Carlile
           State Bar No. 24004576
           scarlile@carlilelawfirm.com
           Lead Counsel for the Plaintiffs

>   Casey Q. Carlile
>   State Bar No. 24025868
>   ccarlile@carlilelawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2014, a true and correct copy of the foregoing has been forward to all counsel of record, as follows.

<u>VIA ECF AND CERTIFIED MAIL RRR</u>
Brian J. Fisher
1601 Elm Street, Ste. 3700
Dallas, Texas 75201

>   By:   s/ D. Scott Carlile_____
>         D. Scott Carlile

# PLAINTIFF'S TRIAL WITNESSES

Parties:
1. Betty Josephine Stoker
2. Tyson Foods, Inc.

Treating doctors, treating chiropractor, and treating counselor:
1. Dr. David Brown
2. Dr. Brian Mendenhall
2. Dr. John F. Nielsen
3. Dr. Lance P. Cook
4. Dr. Ritesh Prasad
5. Dr. Milan Mody
6. Dr. Powell Auer (also designated as retained expert witness by Plaintiff)
7. Paula Bradley

Fact witnesses:
1. Bill Swails
2. Vickie Amy
3. Joey Cluse aka Joey Chase
4. Laura Castillo-Sautillian
5. Jessica Gatlin
6. Sharrlyn Hurd (also designated as non-retained expert witness by Defendant)
7. Robert King
8. Tonie Marsh
9. Obie Oliver
10. Syavana Roland
11. LaBeth Stoker
12. Patsy Washington
13. Jo Ann Williams
14. Lindsay Woolf
15. Martez Williams
16. Robert Porter, Sr.
17. Mark Haekler
18. Frances Garcia
19. Nancy Bender
20. Huey Brown
21. Carrie White
22. Loise Daniels
23. Lanell Thompson
24. Gwen Graves
25. Minnie Pipkins
26. Virginia Gant
27. Stella Chaney

28. Tina Clark
29. Chadwick Taylor
30. Patrick Jackson
31. Wanda Simpson
32. Marcelyn Lewis
33. Dravin Burroghs
34. Cassandra Jackson
35. Guy Adkinson
36. Chad Canton
37. Cassandra Timmons
38. Minnie Pyle Jones
39. Kardarius Jones

Retained Expert Witnesses:
1. Ron Schaible
2. Robert L. Bailes
3. Dr. Stephen Martin
4. Helen Reynolds

Custodians of Medical and Billing Records:
1. Martha K. Lang and Maureen Sue East, Custodian of Records for Good Shepherd Medical Center-Marshall
2. Renee Lawhorn and Jamie McBride, Custodian of Records for East Texas Medical Center – Carthage
3. Shelley Cooper, Custodian of Records for Mediserv - LEMA
4. Natalie Sparks, Custodian of Records for Medical Center Anesthesiologist
5. Robin Lindner, Custodian of Records for Medical Imaging Consultants
6. Patty Gibbs, Custodian of Records for Dr. John F. Nielsen
7. Lance P. Cook, D.C., Custodian of Records for Dr. Lance P. Cook and Cook Chiropractic Clinic
8. Edmundo Porras, Custodian of Records for East Texas Spine Institute and Dr. Ritesh Prasad.
9. Brandy Lawson, Custodian of Records for Open Imaging
10. R. Glass, Custodian of Records for WK Orthopedic Clinic (The Orthopedic Clinic) and Dr. Milan Mody
11. Lisa E. Craig, Custodian of Records for Northwest Imaging, LLC
12. Tom Page, Custodian of Records for Highland Clinic and Dr. Powell Auer
13. Stacy L. Nelson, Custodian of Records for Red River Surgery Center
14. Juanita Wright, Custodian of Records for NeuralWatch, LLC and Vijay Maggio, M.D.
15. Stacey L. Hinchliffe, Custodian of Records for Medicine Chest

There are currently outstanding discovery requests pending in this case. Plaintiff reserves the right to supplement this trial witness list in the event that documents produced by the Defendant lead to

4

the discovery of additional witnesses. Finally, Plaintiff reserves the right to call as a witness any individual named on the Defendant's trial witness list.