IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **BETTY JOSEPHINE STOKER,** | § § | |
| Plaintiff, | § § | |
| | § | CIVIL ACTION NO. 2:14-cv-00002 |
| v. | § § | |
| | § | JURY |
| **TYSON FOODS, INC.,** | § § | |
| Defendant. | § | |

## JOINT MOTION FOR ENTRY OF
## AGREED ORDER OF DISMISSAL WITH PREJUDICE

1.  Plaintiff, Betty Josephine Stoker ("Stoker"), and Defendant, Tyson Foods, Inc. ("Tyson") (collectively, "the Parties"), move the Court for entry of an Agreed Order of Dismissal with Prejudice. In support of their Motion, the Parties are filling concurrently herewith a proposed Agreed Order of Dismissal with Prejudice.

2.  Stoker and Tyson have now compromised and settled the case and there are no longer any issues in controversy relating to the claims and/or causes of action made by Stoker. Therefore, Stoker and Tyson ask that the Court permanently remove this case from the Court's docket and dismiss all causes of action asserted by Stoker against Tyson with prejudice to the re-filing of same.

Respectfully Submitted,

**CARLILE LAW FIRM, L.L.P.**

By:   s/ D. Scott Carlile
 D. Scott Carlile
 Texas State Bar No. 24004576
 scarlile@carlilelawfirm.com
 Casey Q. Carlile
 Texas State Bar No. 24025868
 ccarlile@carlilelawfirm.com

400 South Alamo
Marshall, Texas 75670
(903) 938-1655 / Fax (903) 938-0235

**ATTORNEYS FOR PLAINTIFF
BETTY JOSEPHINE STOKER**


**KANE RUSSELL COLEMAN & LOGAN PC**

By:   s/ Brian J. Fisher
 Zach T. Mayer
 *Lead Attorney*
 Texas State Bar No. 24013118
 zmayer@krcl.com
 Brian J. Fisher
 Texas State Bar No. 24032178
 bfisher@krcl.com

1601 Elm Street, Suite 3700
Dallas, Texas 75201
(214) 777-4200 / Fax (214) 777-4299

**ATTORNEYS FOR DEFENDANT
TYSON FOODS, INC.**

## CERTIFICATE OF SERVICE

    I hereby certify that on the 14th day of November, 2014, a true and correct copy of the foregoing has been forward to all counsel of record, as follows.

**VIA ECF AND FACSIMILE**
D. Scott Carlile
THE CARLILE LAW FIRM, LLP
400 South Alamo Street
Marshall, Texas 75672

                                                               s/ Brian J. Fisher
                                                               Brian J. Fisher